UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ALICIA M. MURPHY,

  Plaintiff,

 v.

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

  Defendant.

Case No. 08-cv-477-JPG-PMF

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is reversed and this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.

          **NANCY ROSENSTENGEL**

          **By:s/Deborah Agans, Deputy Clerk**

**Date: March 2, 2010**

**Approved:**  s J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**