UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ALICIA M. MURPHY,

    Plaintiff,

  v.                                                      Case No. 08-cv-477-JPG

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

    Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 39) of Magistrate Judge Philip M. Frazier recommending that the Court grant Plaintiff Alicia Murphy's Motion for Attorneys' Fees (Doc. 37). Defendant Michael J. Astrue filed a Response (Doc. 38) to said motion. The time for objections to the R & R has passed, yet none have been filed.

After reviewing a report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, since no objections were filed, the Court has reviewed Magistrate Judge Frazier's R & R for clear error. Finding the R & R to not be clearly erroneous, the Court hereby **ADOPTS** the R & R (Doc. 39) in its entirety, whereby the Court **GRANTS** Murphy's Motion

for Attorneys' Fees (Doc. 37).  Murphy shall recover the $4,004.00 (four-thousand and four dollars) in requested attorneys' fees.

**IT IS SO ORDERED.**
**DATED: September 9, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
